Valentina S. Mindirgasova (SBN 272746)
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue, Escondido, CA 92025
(760) 747-1100 tel (760) 747-1188 fax
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiff(s)<br><br>v.<br><br>ALLEN PRINTING, INC.,<br><br>Defendant(s) | CASE No.<br><br>2:19-cv-08505-GW-KESx<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I, _____Kiry K. Gray_____, Clerk of this United States District Court, certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ___March 25, 2020___ as it appears in the record of this Court, and that* *(see below)*

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on ___MAY - 1 2020___
Date

**KIRY K. GRAY**
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

1174

\* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure[*] has been filed."

"No notice of appeal from this judgment has been filed, and all motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure[*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[ **NOTE:** The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: for judgment under Rule 50(b); to amend or make additional factual findings under Rule 52(b); for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58; to alter or amend the judgment under Rule 59; for a new trial under Rule 59; or for relief under Rule 60(b) if filed no later than 28 days after judgment is entered.]